JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMIR HANNA,<br><br>                  Petitioner,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>                  Respondents. | Case No. EDCV 26-1276-MRA (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED as moot.

DATED: June 1, 2026

_____
     MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE